**E-filed 5/25/07**

BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BELTRAN-GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                       )<br>                    Plaintiff,             )<br>                                                       )<br>v.                                                    )<br>                                                       )<br>GUSTAVO BELTRAN-GUZMAN,  )<br>                                                       )<br>                    Defendant.           )<br>_____) | No. CR 07-00176 JF<br><br>**STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, May 23, 2007, be continued to Wednesday, June 13, 2007, at 9:00 a.m.   The continuance is requested by the defense to allow further defense investigation.

The parties further agree that time should be excluded under the Speedy Trial Act for defense investigation, so that the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated:         05/22/07                                                 _____/s/_____
                                                                                      LARA S. VINNARD
                                                                                      Assistant Federal Public Defender

Dated: 05/22/2007

_____/s/_____
BENJAMIN KENNEDY
Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for May 23, 2007, because defense counsel requires additional time for investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for May 23, 2007, be continued to June 13, 2007, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from May 23, 2007 to June 13, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   5/25/07

_____
JEREMY FOGEL
United States District Judge